# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane
Greenbelt, MD  20770
(301) 344-0634

March 21, 2024

TO:  Counsel

RE:  United States of America v. Michael George Verzaleno, Jr.,
       Michael George Verzaleno, Sr., and Susan P. Carrano
       Criminal No. DKC 23-323

Dear Counsel:

This letter will confirm the matters discussed and the schedule set during the telephone conference today.  Defense counsel requested additional time to review the discovery provided with their respective clients and to file motions.  Counsel agreed to extend the deadline for the filing of pretrial motions to April 30, 2024, and to the following schedule:

June 3 and 4, 2024  Motions hearing in Baltimore;
   at 9:30 a.m.

Sept. 9-12, 16-20,  trial in Baltimore
   and 23-27, 2024

Counsel should keep the week of September 23 available if needed.  The schedule for other proceedings and matters will be set at the conclusion of the motions hearing.  Despite the informal nature of this letter, it constitutes an Order of the court, and the Clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW
United States District Judge