IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES, | * | |
| v. | * | Case No. 1:23-cr-00323-DKC |
| MICHAEL G. VERZALENO, SR. | * | |
| *Defendant* | * | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of Sydney M. Patterson, Esquire, as co-counsel for Defendant Michael G. Verzaleno, Sr., in the above-captioned matter.

Respectfully submitted,

MARCUSBONSIB, LLC

/s/ *Sydney M. Patterson*
Sydney M. Patterson, Esquire
Bar No.: 19036
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
spatterson@marcusbonsib.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2024, a copy of the foregoing was filed and served on all counsel of record via CM/ECF.

/s/ *Sydney M. Patterson*
Sydney M. Patterson