IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA        :

                                   :

   v.                             :   Criminal No. DKC 23-323

                                   :

MICHAEL GEORGE VERZALENO, JR.,
et al.                       :

**ORDER**

Defendants filed a letter summarizing their contention that the government failed to provide complete discovery.  (ECF No. 71).  They report that discussions have failed to remedy the issue and seek leave to file a supplemental submission that more fully demonstrates their need for further disclosures by the government.

Pursuant to Standing Order 2020-01, if good faith efforts to resolve a discovery or disclosure dispute are unsuccessful, the party that intends to seek an order of the court to resolve the dispute is to file a letter with the court setting forth the nature of the dispute, efforts made to resolve it, and the relief requested.  The adverse party may then file a letter setting forth its position within seven days.   The government has not filed a response to Defendants' letter and the time to do so has now expired.

Accordingly, it is this 8th day of May, 2024, by the United States District Court for the District of Maryland, ORDERED that:

1.    Defendants' unopposed request for leave to file a supplemental submission (ECF No. 71) BE and hereby IS GRANTED;

2.    Defendants' supplemental submission is due by Friday, May 10, 2024;

3.    The government's response is due by Monday, May 20, 2024;

4.    Any reply is due by Friday, May 24, 2024; and

5.    The Clerk is directed transmit a copy of this Order to counsel for the parties.

                                  _____/s/_____
                                  DEBORAH K. CHASANOW
                                  United States District Judge

2