# UNITED STATES DISTRICT COURT
## DISTRICT COURT OF MARYLAND

**DEBORAH K. CHASANOW**  
UNITED STATES DISTRICT JUDGE

6500 Cherrywood Lane  
Greenbelt, MD  20770  
(301) 344-0634

June 3, 2024

TO:  Counsel

RE:  United States of America v. Michael George Verzaleno, Jr., Michael George Verzaleno, Sr., and Susan P. Carrano
Criminal No. DKC 23-323

Dear Counsel:

Trial is scheduled to begin September 9, 2024, in Baltimore. Motions in limine are due two weeks after the court issues a ruling on the pending motions.  A hearing on any motions in limine and a pretrial conference will occur September 4, 2024, at 9:30 a.m.

The government will draft *voir dire* in questionnaire format and share with defense counsel by August 12.  Defense counsel will let government counsel know of any suggestions, objections, or additions.  The government will then file, no later than August 26, the agreed upon version.  The parties may also submit separately any requests that are not agreed to, along with the reasons for any requests or objections.

In a similar fashion, the government will submit proposed jury instructions and a proposed verdict sheet to defense counsel who will then let government counsel know of any additions or objections.  The government will file, no later than September 3, the agreed upon versions and the parties may file separately any requests that are not agreed to along with the reasons for any separate requests or objections.

In addition to filing these submissions electronically via the court's CM/ECF system, counsel are requested to e-mail the submissions in Word format to mdd_dkcchambers@mdd.uscourts.gov. Despite the informal nature of this letter, it constitutes an Order of the court, and the clerk is instructed to docket it as such.

Very truly yours,

/s/

DEBORAH K. CHASANOW  
United States District Judge