AO 442 (Rev. 11/11) Arrest Warrant

USDC- BALTIMORE
'23 SEP 14 PM3:54

# UNITED STATES DISTRICT COURT

for the

District of Maryland

SEALED

United States of America
v.

MICHAEL GEORGE VERZALENO, JR

*Defendant*

Case No. LKG 23cr 323

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* MICHAEL GEORGE VERZALENO, JR, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Wire Fraud and Mail Fraud, 18 U.S.C. § 1349; Wire Fraud, 18 U.S.C. § 1343; Mail Fraud, 18 U.S.C § 1341; False Statement, 18 U.S.C. § 1001; and Forfeiture, 18 U.S.C. § 981(a)(1)(C)(A), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c)

Date: 09/14/2023

*Issuing officer's signature*

City and state: Baltimore, MD

Hon. Matthew J. Maddox, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/15/2023, and the person was arrested on *(date)* 03/24/2025 at *(city and state)* Baltimore, MD.

Date: ~~03/24~~ 04/07/2025 JM

*Arresting officer's signature*

Jennifer L Mazza
*Printed name and title*

USDC - BALTIMORE '25 APR 9 PM1:33